### HINKLEY *v.* WABASH RAILWAY CO.

ON REHEARING.

Former opinion affirmed May 8, 1911.

MOORE, J.   A decision was rendered in this case in September last.   The opinion is found in 162  Mich. 546 (127 N. W. 668).   Later a reargument was ordered. We have again considered the case, and still think the judgment should be affirmed, for the reasons stated in the opinion to which reference has been made.

Judgment is affirmed.

OSTRANDER, C. J., and HOOKER, McALVAY, BROOKE, BLAIR, and STONE, JJ., concurred.